UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

JANYCE LEWIS, *et al.*,

    Plaintiffs,

v.                                                                                    Case No. 3:12-cv-00026-GEC

CHARLOTTESVILLE REDEVELOPMENT
AND HOUSING AUTHORITY, *et al.*,

    Defendants.

## MOTION TO DISMISS

Defendants, Charlottesville Redevelopment and Housing Authority and Constance Dunn, by counsel, hereby move this Honorable Court to dismiss the Complaint in its entirety and with prejudice, on the following grounds:

1. The Complaint fails to allege claims against them, under Rule 12 (b) (6) of the Federal Rules of Civil Procedure; and

2. Plaintiff Charlottesville Public Housing Area Residents ("PHAR") lacks standing to sue in this case, under Rule 12 (b) (1) of the Federal Rules of Civil Procedure.

The reasons for granting this motion are stated in the accompanying Memorandum in Support of Motion to Dismiss.

Date: 08/01/2012                    CHARLOTTESVILLE REDEVELOPMENT
                                                AND HOUSING AUTHORITY and
                                                CONSTANCE DUNN
                                                By: /s/ James M. Bowling, IV
                                                Counsel

James M. Bowling, IV (VSB # 14232)
Stephen Wills Murphy (VSB # 80733)
St. John, Bowling, Lawrence & Quagliana, LLP
416 Park Street
Charlottesville, Virginia 22902
(434) 296-7138
(434) 296-1301 *fax*
*jmb@stlawva.com*
*swm@stlawva.com*
*Counsel for Defendants Charlottesville Redevelopment and Housing Authority and Constance Dunn*

## Certificate of Service

I hereby certify that on August 1, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to the following CM/ECF participant:

John Conover, Esq.
Abigail Turner, Esq.
Alex Gulotta, Esq.
Brenda Castañeda, Esq.
Legal Aid Justice Center
1000 Preston Avenue
Suit A
Charlottesville, Virginia 22903
*Counsel for Plaintiffs*

By /s/ James M. Bowling, IV
James M. Bowling, IV (VSB # 14232)
Stephen Wills Murphy (VSB # 80733)
St. John, Bowling, Lawrence & Quagliana, LLP
416 Park Street
Charlottesville, Virginia 22902
(434) 296-7138
(434) 296-1301 *fax*
*jmb@stlawva.com*
*swm@stlawva.com*
*Counsel for Defendants Charlottesville Redevelopment and Housing Authority and Constance Dunn*