## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

| | | |
|---|---|---|
| JANYCE LEWIS *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 3:12cv00026 |
| | ) | |
| CHARLOTTESVILLE | ) | |
| REDEVELOPMENT AND HOUSING | ) | |
| AUTHORITY *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### MOTION FOR CLASS CERTIFICATION AND

### PRELIMINARY APPROVAL OF CLASS SETTLEMENT

Plaintiffs seek certification of a class under Rule 23(b)(3) of all current and former

Charlottesville public housing residents since June 7, 2007 who were subject to the

Charlottesville Redevelopment and Housing Authority's (CRHA) 2003 resolution regarding

utility allowances.  Plaintiffs and Defendants have reached a settlement agreement which the

parties believe is fair and just and adequately resolves Plaintiffs' claims.  Plaintiffs further seek

the Court's approval of the Settlement Agreement and all supporting documents.

Plaintiffs submit the attached Memorandum of Law, Settlement Agreement, Proposed

Order and all related attached documents in support of this motion.

Respectfully submitted this 30th day of September, 2013.

/s/ **Brenda E. Castañeda**

Brenda Castañeda, VSB #72809
brenda@justice4all.org
John Conover, VSB # 17872
john@justice4all.org

Abigail Turner, VSB # 74437
abigail@justice4all.org
Alex Gulotta, VSB # 37097
alex@justice4all.org
LEGAL AID JUSTICE CENTER
1000 Preston Avenue, Suite A
Charlottesville, Va.  22903
PHONE 434-977-0553
FAX 434-977-0558
Thomas D. Domonoske VSB #35434
Of Counsel LEGAL AID JUSTICE CENTER
461 Lee Avenue
Harrisonburg, VA 22802
540-442-7706
tomdomonoske@earthlink.net
*Counsel for Plaintiffs*